UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN MIRCH,

    Plaintiff,

v.

                                                   Case No. 08-11265
                                                 Hon. Lawrence P. Zatkoff

RDI OF MICHIGAN, L.L.C., et al.,

    Defendants.

_____/

**ORDER**

This matter is before the Court on a Motion to Dismiss filed by Defendant Anthony L. DeLuca in August 2008, to which Plaintiff has never filed a response. Subsequently, a proposed Stipulated Order of Dismissal with Prejudice and Without Costs was filed with the Court. The proposed Stipulated Order of Dismissal purports to have been agreed to by Plaintiff (by then presuming to act *in pro per* in this action), but it does not contain an original signature of Plaintiff. At a hearing held on October 14, 2008, the Court was notified that Plaintiff had filed for bankruptcy, and it was agreed by all parties that the proposed Stipulated Order of Dismissal would not be entered then. In the last four months, however, the Court has received no update on this matter, and this is not a case for which Plaintiff's bankruptcy requires a stay.

Therefore, the Court HEREBY ORDERS Plaintiff to either (a) SHOW CAUSE, in writing, no later than 5:00 p.m. on March 13, 2009, why the Motion to Dismiss filed by Anthony L. DeLuca should not be granted, or (b) submit, in writing, Plaintiff's consent to the entry of the proposed Stipulated Order of Dismissal with Prejudice and Without Costs.

IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: March 5, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 5, 2009.

                                              S/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290